UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES RAY JOHNSON,<br><br>Plaintiff,<br>vs.<br><br>BILLIONS AUTO, SANTANDER CONSUMER, BILL, THE SALESMAN;<br><br>Defendants. | 4:18-CV-04157-RAL<br><br><br>JUDGMENT |
| CHARLES RAY JOHNSON,<br><br>Plaintiff,<br>vs.<br><br>HOOGENDOORN CONSTRUCTION,<br><br>Defendant. | 4:19-CV-04034-RAL<br><br><br>JUDGMENT |
| CHARLES RAY JOHNSON,<br><br>Plaintiff,<br>vs.<br><br>MCDONALD'S CORPORATION (INC),<br><br>Defendant. | 4:19-CV-04035-RAL<br><br><br>JUDGMENT |
| CHARLES R. JOHNSON,<br><br>Plaintiff,<br>vs.<br><br>EXPERIAN,<br><br>Defendant. | 4:19-CV-04036-RAL<br><br><br>JUDGMENT |

For the reasons explained in the Opinion and Order filed herewith, it is hereby

ORDERED, ADJUDGED, AND DECREED that Judgment of Dismissal enters in 4:18-CV-4157-RAL, 4:19-CV-4034, 4:19-CV-4035, 4:19-CV-4036 under Rules 54 and 58 of the Federal Rules of Civil Procedure.

DATED July 31st, 2019.

BY THE COURT:

_____
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE